RECEIVED
JAN 14 2019
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Patrizia Davis

Plaintiff(s),

vs.

Quality Inn
Somerset Hospitality LLC.

Case No. 19 cv 97 SRN/DTS
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☑   NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name PATRIZIA DAVIS
   Street Address 305 8th St. Apt #3
   County, City Dakota Co., Farmington
   State & Zip Code Minnesota 55024
   Telephone Number 903-399-6995

SCANNED
JAN 14 2019
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name SALMAN RIZVI/OWNER.
   Street Address 4601 HWY 13 W.
   County, City Scott Savage
   State & Zip Code Minnesota 55378

   b. Defendant No. 2

   Name SABEENA RIZVI/OWNER.
   Street Address 4601 HWY 13 W.
   County, City Scott, Savage
   State & Zip Code Minnesota 55378

   c. Defendant No. 3

   Name NATALIA BORENDENKO/General Manager,
   Street Address 4601 HWY 13 W.
   County, City Scott Savage
   State & Zip Code Minnesota 55378

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** [X]
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**



JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    [X] Federal Question        [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.  28 USC §1331

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                          State of Citizenship:

    Defendant No. 1:                         State of Citizenship:

    Defendant No. 2:                         State of Citizenship:

    Attach additional sheets of paper as necessary and label this information as paragraph 5.
    Check here if additional sheets of paper are attached. [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    [X] Defendant(s) reside in Minnesota    [X] Facts alleged below primarily occurred in Minnesota
    [ ] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. SEE ATTACHED

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking. $350,000.00 DOLLARS Defendant's did not answer Any demands And Refused to Answer to comply with Plaintiff Request of Any Information Pertaining to her slip And fall.

4

I was staying at the Quality Inn of Savage My name is Patrizia Davis on January 16, 2017 between 7:15 pm – 7:30pm I was headed to my car to retrieve my school books.

I walked through the lobby and past the first door then the second door that leads outside to parking lot. As I walked past the pool to the edge of walk way I unlocked my car and I never made it to my car I slipped on the ice and hit a beam cover with ice.

No one asked me I needed medical attention or not, the next day I went to emergency and they took x-rays and said for me to see my primary Doctor. The urgent care gave me papers for hotel to fill out they took my papers and Discarded them I never seen them again.

I was advised by my Dr that I had a torn rotator cuff need surgery ASAP.

I have not been contacted by the hotel owner or staff I have been avoided since this slip and fall occurred.

*[signature]*

Patrizia Davis

12-15-18

Signed this 15th day of December 2018

Signature of Plaintiff _____

Mailing Address 305 8Th ST. APT 3
FARMINGTON, MN. 55024

Telephone Number (903) 399-6995

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5