## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Patricia Davis,                                    CASE NO. 19-cv-0097 (SRN/DTS)

            Plaintiff,

v.                                                              **ORDER**

Quality Inn et al.,

            Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated February 6, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1.      This action is DISMISSED without prejudice for lack of jurisdiction.

2.      Plaintiff's request to proceed in this action pro se [Docket No. 2] is DENIED as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 26, 2019                          s/Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge