# UNITED STATES DISTRICT COURT
## District of Minnesota

Patricia Davis,

Plaintiff(s),

v.

Quality Inn, Somerset Hospitality LLC, Salman Rizvi, Owner, Sabeena Rizvi, Natalia Borendenko, General Manager

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:   19-cv-97 (SRN/DTS)

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. This action is DISMISSED without prejudice for lack of jurisdiction.

2. Plaintiff's request to proceed in this action pro se [Docket No. 2] is DENIED as moot.

Date:  February 27, 2019

KATE M. FOGARTY, CLERK

s/Jennifer Beck

(By)  Jennifer Beck, Deputy Clerk